UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** April 30, 2025 | **Time:** 36 minutes  2:46 p.m. to 3:22 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case Nos.**: 19-md-02913-WHO  20-cv-06985-WHO  19-cv-7934-WHO  20-cv-2600-WHO | **Case Names:** In Re: Juul Labs, Inc.,  Patel v. Juul Labs, Inc., et al.  Fay v. Juul Labs, Inc., et al.  McKnight v. Juul Labs, Inc., et al. | |

**Attorney for Plaintiffs:** Kenneth J. Brennan and Jeffrey Haberman
**Attorneys for Defendants:** Timothy S. Danninger, David Kouba, Derek Reinbold, Timothy J. McGinn, Jonathan Gdanski, and Scott Schlesinger

**Deputy Clerk:** Jean Davis         **Court Reporter:** Cathy Taylor

## PROCEEDINGS

Hearing on Motions for Remand conducted via videoconference. The Court summarizes tentative. Argument of counsel heard. Motions taken under submission; written order to follow.